UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JESSICA KARIM, *on behalf of herself and all others similarly situated*,

                      Plaintiff,

        -v-

SHUTTERFLY, LLC,

                      Defendant.
------------------------------------------------------------------------X

24 Civ. 2623 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

      On April 17, 2024, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 6. Defendant's deadline to respond to the Complaint was therefore May 8, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until May 17, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by May 24, 2024.

      SO ORDERED.

Dated: May 10, 2024
       New York, New York

                                                      JOHN P. CRONAN
                                                      United States District Judge