UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA KARIM, on behalf of herself and all others similarly situated,

        Plaintiffs,

-against-

SHUTTERFLY, LLC,

        Defendant.

---

Civil Action No.: 1:24-cv-02623-JPC

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that this matter has been resolved as between Plaintiff Jessica Karim ("Plaintiff") and Shutterfly, LLC ("Defendant"). Plaintiff anticipates filing a notice of voluntary dismissal of this action against Defendant with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

                              Respectfully submitted,

Dated: New York, New York        GABRIEL A. LEVY, P.C.
       May 15, 2024

                              By: */s/ Gabriel A. Levy, Esq.*
                                  1129 Northern Blvd, Suite 404
                                  Manhasset, NY 11030
                                  Tel: +1 347-941-4715
                                  Email: Glevyfirm@gmail.com

                                  *Attorneys for Plaintiff*

91504933v.1